FILED

03/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0613

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0613

_____

MONTANA RIVERS; GALLATIN WILDLIFE
ASSOCIATION; COTTONWOOD ENVIRONMENTAL
LAW CENTER,

Plaintiffs-Appellants,

v.                                                                    ORDER

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY,

Defendant-Appellee,

Montana Rule of Appellate Procedure 12(1)(h)(i) requires an appellant's opening brief to include an appendix with the judgment, order, findings of fact, conclusions of law, or decision in question, together with the memorandum opinion, and those pages of the transcript containing an oral ruling, if any, in support thereof.

The Court has determined that Appellants' Opening Brief filed March 21, 2022, does not comply with this Rule. Therefore,

IT IS ORDERED that within ten days of the date of this Order, Appellants shall electronically re-file their Opening Brief along with an appendix containing the relevant judgment or order from which the appeal is taken with the Clerk of this Court and serve one copy upon each counsel of record.

1

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the judgment or order appealed from.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record.

DATED this 22nd day of March, 2022.

For the Court,

By_____
        Justice Jim Rice

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
March 22 2022